```
1   Keith Altman, 257309
    248-987-8929
2   Law Office of Keith Altman
3   33228 W 12 Mile Rd, Suite 375
    Farmington Hills, MI 48331
4   Representing: Plaintiff
5
6
7
8                          United States District Court, Northern District of California
9                              Northern District of California - District - Oakland
10
11
12  Stephanie Doss
                                              )        Case No. 4:22-cv-00933
13                                            )
                                              )        Proof of Service of:
14            Plaintiff/Petitioner            )
                                              )           Summons; Complaint; Case Management Order
15                  vs.                       )
                                              )
16  Hayward Unified School District, et al.   )
                                              )
17                                            )
              Defendant/Respondent            )
18                                            )
                                                         Service on:
19                                                          Hayward Unified School District
20
21
                                                         Hearing Date:
22
                                                         Hearing Time:
23
                                                         Div/Dept:
24
25
26
27
28

                                           PROOF OF SERVICE

    OL#18012654
```

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Keith Altman, 257309<br>Law Office of Keith Altman<br>33228 W 12 Mile Rd, St. 375<br>Farmington Hills, MI 48331 | 248-987-8929 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Doss, Stephanie | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
Stephanie Doss

DEFENDANT:
Hayward Unified School District, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>4:22-cv-00933 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
   Summons; Complaint; Case Management Order

2. Party Served: Hayward Unified School District

3. Person Served: Person Authorized to Accept Service of Process

   a. Left with: Jane DOE (H/F/35-45/5'5-6'/130-160)-Receptionist - Person In Charge of Office

4. Date & Time of Delivery: 04/13/2022    11:10AM

5. Address, City and State: 24411 Amador St
   Hayward, CA 94544

6. Manner of Service: By leaving the copies with or in the presence of Jane DOE (H/F/35-45/5'5-6'/130-160)-Receptionist , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 100.00

Registered California process server.
County: Alameda
Registration No.: 924
Timothy E. Ault
One Legal - P-000618-Sonoma
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/13/2022 at Petaluma, California.

Signature: _____
Timothy E. Ault
OL#: 18012654

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Keith Altman, 257309<br>Law Office of Keith Altman<br>33228 W 12 Mile Rd, St. 375<br>Farmington Hills, MI 48331 | 248-987-8929 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Doss, Stephanie | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court, Northern District of California<br>1301 Clay St. #400 South<br>Oakland, CA 94612-5212 | | |

PLAINTIFF:
Stephanie Doss

DEFENDANT:
Hayward Unified School District, et al.

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>4:22-cv-00933 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 04/13/2022, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons; Complaint; Case Management Order

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Hayward Unified School District

24411 Amador St

Hayward, CA 94544

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 100.00

Melissa Berry
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/13/2022 at Petaluma, California.

*MBerry*

Melissa Berry

OL#:   18012654