Keith Altman, Esq. (CBN. 257309)
**THE LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **STEPHANIE DOSS as Natural Parent and *General Guardian* for J.D. her minor son,** <br><br> ***PLAINTIFFS*,** <br><br> **v.** <br><br> **HAYWARD UNIFIED SCHOOL DISTRICT, in its official capacity, GARY CAO, in his individual capacity, and DOES 1-20, inclusive.** <br><br> ***DEFENDANTS*.** | CASE NO.  4:22-cv-933 (SI) <br><br><br><br> PLAINTIFF'S STATUS REPORT |

1. Plaintiffs filed their Complaint on February 15, 2022.

2. On March 18, 2022, the Court ordered that an Initial Case Management Conference be held on May 13, 2022, at 2:30 p.m. in Courtroom 1.

3. Plaintiffs served Defendants with the Summons and Complaint on April 13, 2022; their response is due on or about May 3, 2022.

4. Plaintiffs recently received correspondence from the Defendants indicating that Defendants' response to the Complaint will be in the form of a Motion to Dismiss.

5. Plaintiffs request an adjournment of the Initial Case Management Conference until the pleadings are settled to on or about July 15, 2022.

Dated: April 25, 2022                Respectfully Submitted,

Keith Altman, Esq. (State Bar No. 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

*Attorney for Plaintiffs*

PLAINTIFF'S STATUS REPORT                Case No. 22-cv-933

1