**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Derek J. Haynes, SBN 264621
dhaynes@porterscott.com
Douglas S. Saavedra, SBN 333052
dsaavedra@porterscott.com
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
HAYWARD UNIFIED SCHOOL DISTRICT and GARY CAO (employee of Hayward Unified School District)

*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STEPHANIE DOSS as Natural Parent and *General Guardian* for J.D. her minor son, <br><br> Plaintiffs, <br><br> v. <br><br> HAYWARD UNIFIED SCHOOL DISTRICT, in its official capacity, GARY CAO, in his individual capacity, and DOES 1-20, inclusive. <br><br> Defendants. <br> _____/ | Case No.: 3:22-cv-00933 <br><br> **[PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> DATE: June 24, 2022 <br> TIME: 10:00 a.m. <br> DEPT: Courtroom 1 – 17th Floor <br><br><br><br> Complaint Filed: 02/15/22 |

Defendants HAYWARD UNIFIED SCHOOL DISTRICT and GARY CAO filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) seeking dismissal of Plaintiff's Complaint and every cause of action pled therein. Having reviewed the matter and considered the arguments of the parties and for good cause appearing the Court hereby grants the Motion to Dismiss in its entirety without leave to amend.

///

1   **IT IS SO ORDERED.**

Dated: _____                    _____
                                            UNITED STATES DISTRICT COURT JUDGE