Keith Altman, Esq. (CBN. 257309)
**THE LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **STEPHANIE DOSS as Natural Parent and *General Guardian* for J.D. her minor son,**<br><br>*PLAINTIFFS*,<br><br>v.<br><br>**HAYWARD UNIFIED SCHOOL DISTRICT, in its official capacity, GARY CAO, in his individual capacity, and DOES 1-20, inclusive.**<br><br>*DEFENDANTS*. | CASE NO.  3:22-cv-933 (SI)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS
Case No. 22-cv-933

1. NOW COMES Plaintiff STEPHANIE DOSS, by and through her attorney, with this Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and hereby state the following:

2. Defendants filed their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on June 1, 2022 (ECF 21).

3. Plaintiff's Response to Defendant's Motion to Dismiss is due on June 15, 2022.

4. Plaintiff's attorney has recently become legally blind. While accommodations are being put into place, it takes Mr. Altman considerably longer to read, write and prepare documents.

5. Plaintiff respectfully requests a 30-day extension of time to file their Response to Defendants Motion to Dismiss, making the Response due on or before July 15, 2022.

6. Plaintiff has conferred with the Defendants on the present Motion. Defendants have advised that they will not oppose the Motion.

7. This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

8. WHEREFORE the Plaintiff requests that the Court approve the foregoing Motion.

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
Case No. 22-cv-933

Dated: June 13, 2022          Respectfully Submitted,

Keith Altman, Esq. (State Bar No. 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

*Attorney for Plaintiff*

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
Case No. 22-cv-933

Keith Altman, Esq. (CBN. 257309)
**THE LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **STEPHANIE DOSS as Natural Parent and *General Guardian* for J.D. her minor son,** *PLAINTIFFS*, v. **HAYWARD UNIFIED SCHOOL DISTRICT, in its official capacity, GARY CAO, in his individual capacity, and DOES 1-20, inclusive.** *DEFENDANTS*. | CASE NO.  3:22-cv-933 (SI) **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
Case No. 22-cv-933

**CERTIFICATE OF SERVICE**

The undersigned hereby states that on June 13, 2022, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all counsel of record through the Court's CM/ECF filing system.

*/s/ Keith Altman*