United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE DOSS,

    Plaintiff,

v.

HAYWARD UNIFIED SCHOOL DISTRICT, *et al*.,

    Defendants.

Case No. 22-cv-00933-SI

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME AND SETTING NEW BRIEFING SCHEDULE**

Re: Dkt. No. 22

Plaintiff has filed a request for an extension of time to the file the opposition to defendants' motion to dismiss the amended complaint. The motion states that defendants do not oppose the request. The Court GRANTS plaintiff's request and sets the following schedule: plaintiff's opposition is due July 15, 2022; defendants' reply is due July 22, 2022; and the hearing remains scheduled for August 12, 2022 at 10:00 am.

**IT IS SO ORDERED**.

Dated: June 14, 2022

SUSAN ILLSTON
United States District Judge