Keith Altman, Esq. (SBN. 257309)
**THE LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
Email: keithaltman@kaltmanlaw.com
*Attorney for Plaintiffs*

**PORTER SCOTT**
**A PROFESSIONAL CORPORATION**
Derek J. Haynes, SBN 264621
dhaynes@porterscott.com
Douglas S. Saavedra, SBN 333052
dsaavedra@porterscott.com
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STEPHANIE DOSS as Natural Parent and *General Guardian* for J.D. her minor son, <br><br> Plaintiffs, <br><br> v. <br><br> HAYWARD UNIFIED SCHOOL DISTRICT, in its official capacity, GARY CAO, in his individual capacity, and DOES 1-20, inclusive, <br><br> Defendants. | Case No.: 3:22-cv-933 (SI) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS UNTIL RULING ON MOTION TO DISMISS** <br><br> DATE: August 12, 2022 <br> TIME: 10:00 a.m. <br> DEPT: Courtroom 1 – 17th Floor <br><br> FAC Filed: 05/18/22 <br> Complaint Filed: 02/15/22 |

Pursuant to Civil Local Rule 7-12, Plaintiffs Stephanie Doss and J.D. ("Plaintiffs"), and Defendants Hayward Unified School District and Gary Cao ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Defendants' noticed a hearing on their Motion to Dismiss the Amended Complaint for Friday, August 12, 2022 at 10:00 a.m. (Dkt. No. 21);

WHEREAS the Initial Case Management Conference is currently scheduled to take place on Friday, August 12, 2022 at 2:30 p.m., with the Joint Case Management Statement due on Friday, August 5, 2022 (Dkt. No. 17);

WHEREAS the Parties have agreed to Stay any further proceedings until a ruling has been made on the Defendants' Motion to Dismiss the Amended Complaint, so long as the Court approves;

WHEREAS the Parties holding ADR discussions and setting discovery deadlines after a ruling has been made on the Defendants' Motion to Dismiss the Amended Complaint would be more fruitful;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that all proceedings are stayed until a ruling is issued on the Defendants' Motion to Dismiss the Amended Complaint, subject to the Court's approval.

DATED: August 2, 2022                                    Respectfully Submitted,

 /s/ Keith Altman                                         /s/ Derek J. Haynes (w/ permission)
Keith Altman, Esq. (SBN. 257309)                         Derek J. Haynes, SBN 264621
THE LAW OFFICE OF KEITH ALTMAN                           dhaynes@porterscott.com
33228 West 12 Mile Road, Suite 375                       Douglas S. Saavedra, SBN 333052
Farmington Hills, Michigan 48331                         dsaavedra@porterscott.com
TEL: (248) 987-8929                                      PORTER SCOTT
Email: keithaltman@kaltmanlaw.com                        350 University Avenue, Suite 200
*Attorney for Plaintiffs*                                Sacramento, California 95825
                                                         TEL: 916.929.1481
                                                         FAX: 916.927.3706
                                                         *Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __August 2, 2022__

_____
Honorable Susan Illston
United States Senior District Judge

**SIGNATURE ATTESTATION**

I, Keith Altman, am the ECF User whose ID and password are being used to file the foregoing Stipulation and [Proposed] Order. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: August 2, 2022          By:   */s/ Keith Altman*
                                                     Keith Altman

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2022, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

                                                      By:   */s/ Keith Altman*
                                                                        Keith Altman