## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 12, 2022 | **Time:** 10:33 - 10:48 = 15 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 22-cv-00933-SI | **Case Name:** Doss v. Hayward Unified School District | |

**Attorney for Plaintiff:** Keith Altman
**Attorney for Defendant:** Dylan Dewit

**Deputy Clerk:** Bhavna Sharma          **Court Reporter:** Joan Columbini

## PROCEEDINGS

Motion to Dismiss – held via Zoom Webinar.

## SUMMARY

Court provided tentative rulings. Oral arguments made and heard.

Mr. Altman to file on or before next Friday, 8/19, any supplemental case(s) in terms of property interest in the admission to a secondary school.

Court to issue written ruling.