Keith Altman, Esq. (CBN. 257309)

**THE LAW OFFICE OF KEITH ALTMAN**

33228 West 12 Mile Road, Suite 375

Farmington Hills, Michigan 48331

Telephone: (248) 987-8929

Email: keithaltman@kaltmanlaw.com


*Attorney for Plaintiffs*




# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION


| | |
|---|---|
| STEPHANIE DOSS as Natural Parent and *General Guardian* for J.D. her minor son | |
| *Plaintiffs,* | Case No.: 3:22-cv-00933 |
| v. | |
| HAYWARD UNIFIED SCHOOL DISTRICT, in its official capacity, GARY CAO, in his individual capacity, and DOES 1-20, inclusive. | |
| *Defendants.* | |

1

2

## PLAINTIFFS' SUPPLEMENTAL CASE LAW REGARDING PROPERTY INTERESTS IN SECONDARY EDUCATION

3

4       **NOW COMES** Stephanie Doss on behalf of her minor son, J.D., by and

5   through their attorneys, the Law Office of Keith Altman, with Plaintiff's

6   Supplemental Case Law Regarding Property Interests in Secondary Education

7   pursuant to the courts Order on August 12, 2022 (ECF 32), and hereby state as

8   follows:

9

10  ## CASE LAW REGARDING A STUDENT'S PROPERTY INTEREST IN

11  ## SECONDARY EDUCATION

12      Young people do not "shed their constitutional rights" at the schoolhouse

13  door. *Tinker* v. *Des Moines School Dist.*, 393 U.S. 503, 506 (1969). Due process

14  remains a protected right for children in secondary education.

15      A property interest is created by state law, not by the constitution. *Board of*

16  *Regents v Roth* (1972) 40 U.S. 564, 567. See also *Portman v City of Santa Clara*

17  (9th Cir., 1993) 915 F2d 898, 904. Therefore, a litigant must establish a property

18  interest under state law. *Wynar v Douglas City School District* (9th Cir., 2013) 928

19  F3d 1062, 1072.

20      A public education is not a substantial fundamental right generally protected

21  by the 14th amendment. *San Antonio School District v Rodriguez*, 411 U.S. 1

22  (1973). To the extent that states establish public primary and secondary education

23  systems, a property interest in that education is created which is subject to

24  constitutional protection. *Goss v Lopez*, 419 U.S. 565 (1975). State law that entitled

25  eligible students to attend secondary school created a property interest in secondary

26  education.

27

28

"A student's legitimate entitlement to a public education must be recognized by the state as a property interest, protected by due process.". *Goss v Lopez*, 419 U.S. 565 (1975).

These courts have noted that "[c]ourts have often assumed, without deciding, that students pursuing post-secondary education have a constitutionally protected liberty or property interest in continued enrollment," *Edwards v. Miracosta Coll.*, 2017 U.S. Dist. LEXIS 95992 (S.D. Cal., 2017), *Bd. of Curators of Univ. of Mo. v. Horowitz,* 435 U.S. 78 (1978).

The California constitution and relevant state statutes entitle a student to a public high school education, although no California court has actually ruled on the issue. *Swany v. San Ramon Valley Unified Sch. Dist.*, 720 F. Supp. 764 (N.D. Cal. 1989).

In *Boyd v. Board of Directors of McGehee School Dist*., 612 F. Supp. 86 (D.C. Ark 1985), a student was suspended from the high school football team without a hearing. The district court found that participation in extra-curricular school sports was a protected property interest, and that the student was entitled to procedural due process before he could be expelled from the team. While the *Boyd* case is not binding precedent on the current claim, it is illustrative of the vast array of property interests protected in a student's secondary education.

The above cited case law further supports Plaintiff's contention that Plaintiff has a constitutionally protected property right in his secondary education.

## CONCLUSION

**WHEREFORE** Plaintiffs respectfully request that the Court take Plaintiffs' Supplemental Case Law Regarding Property Interests In Secondary Education into consideration and deny Defendants' Motion to Dismiss.

Dated: August 19, 2022                    Respectfully submitted,

Keith Altman, Esq.

The Law Office of Keith Altman

33228 West 12 Mile Road, Suite 375

Farmington Hills, Michigan 48331

Telephone: (248) 987-8929

keithaltman@kaltmanlaw.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| STEPHANIE DOSS as Natural Parent and General Guardian for J.D. her minor son,<br><br>    *Plaintiffs,*<br>v.<br><br>HAYWARD UNIFIED SCHOOL DISTRICT, in its official capacity, GARY CAO, in his individual capacity, and DOES 1-20, inclusive.<br><br>    *Defendants.* | Case No.: 3:22-cv-00933 |

## CERTIFICATE OF SERVICE

I certify that on August 19, 2022, I served the foregoing Plaintiffs' Supplemental Case Law Regarding Property Interests In Secondary Education upon all parties herein by filing copies of same using the ECF System.

Respectfully Submitted,

Keith Altman, Esq.