United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE DOSS, | Case No. 22-cv-00933-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HAYWARD UNIFIED SCHOOL DISTRICT, *et al*., | |
| Defendants. | |

The Court has dismissed the federal claims in the second amended complaint without leave to amend.  The Court declines supplemental jurisdiction over the state claims.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 17, 2022

_____
SUSAN ILLSTON
United States District Judge